**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tahliya Lanee Hickman, Emeka Dimkpa, and Tarail
McDuffie, Defendants,

of whom Tahliya Lanee Hickman is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-000672

———————————

Appeal From Orangeburg County
Anne Gue Jones, Family Court Judge

———————————

Unpublished Opinion No. 2025-UP-433
Submitted December 17, 2025 – Filed December 22, 2025

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Samuel Oscar Thompson, II, of Thompson & Sete'fano,
of Columbia, as the Guardian ad Litem for Appellant.

Benjamin Andre Lafond, of the Dorchester County
Sheriff's Office, of Summerville, for Respondent.

Wendy Marlenea Bowen, of Columbia, for the Guardians
ad Litem for the minor children.

---

**PER CURIAM:** Tahliya Lanee Hickman appeals the family court's final order terminating her parental rights to one of her minor children and approving a permanent plan of relative placement for another of her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025); S.C. Code Ann. § 63-7-1700(C) (Supp. 2025). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hickman's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.